IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 00 C 7187 |
| | ) | |
| LEE WATTENBARGER and | ) | Judge William J. Hibbler |
| RUTH WATTENBARGER, | ) | |
| | ) | |
| Defendants. | ) | |

**DOCKETED JAN 2 8 2002**

**FILED JAN 18 2002**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

<u>NOTICE OF MOTION</u>

TO:  Raymond Johnson
     800 Washington Road
     Kenosha, WI 53144

PLEASE TAKE NOTICE that on January 24, 2002, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler, in the Courtroom usually occupied by him, Courtroom 1225, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Extend Discovery Closure Date to and Including February 22, 2002, a copy of which is herewith served upon you.

_____
Attorney for Defendants

<u>CERTIFICATE OF SERVICE</u>

WILLIAM T. RODEGHIER, an attorney, certifies that he served the foregoing Notice of Motion, and the Motion to Extend Discovery Closure Date to and Including February 22, 2002, by mailing a copy to the aforesaid at his aforesaid address and depositing the same in the U.S. mail at 111 W. Washington Street, Chicago, Illinois, before the hour of 4:00 p.m. on January 18, 2002, with proper First Class postage prepaid.

_____

WILLIAM T. RODEGHIER
111 W. Washington Street
Suite 1150
Chicago, Illinois 60602
(312) 372-1155

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00 C 7187 |
| | ) | |
| LEE WATTENBARGER and | ) | Judge William J. Hibbler |
| RUTH WATTENBARGER, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND DISCOVERY CLOSURE
DATE TO AND INCLUDING FEBRUARY 22, 2002**

Now come the defendants, LEE WATTENBARGER and RUTH WATTENBARGER, by their attorney, WILLIAM T. RODEGHIER, and move this Honorable Court for an order extending the closure date of discovery to and including February 22, 2002, and in support of said motion state:

1. By Order entered October 25, 2001, this Court established a discovery closure date of January 22, 2002.

2. During that period of time, the parties have exchanged written discovery. The depositions of the plaintiff and the two defendants have been completed. The depositions of two non-party witnesses have been conducted by the plaintiff, and the depositions of two non-party witnesses by subpoena were scheduled to be completed within the discovery closure date, but the witnesses have requested an extension to February 1, 2002 due to unavailability on the date requested in the subpoena.

3. In addition, defendants have sought estimates/proposals from third parties on the issue of damages under their counterclaim, but in many instances have not yet obtained the proposals/estimates from those third parties, but anticipate doing so within the next 30 days.

4. In a motion presented by plaintiff on January 15, 2002, plaintiff sought an extension of the discovery cut-off date, but the motion was not addressed at the hearing on January 15. The Court, however, ordered the production of certain documents and an inspection of the defendants' premises on dates to occur beyond the present discovery cut-off date.

5. On January 18, 2002, at the deposition of Defendant Lee Wattenbarger, plaintiff told the undersigned that he was going to revise the list of witnesses previously set forth in an interrogatory answer. Additional discovery may be needed in that event.

6. The parties have diligently sought discovery, but have not been able to complete discovery within the time set by this Court.

WHEREFORE, defendants Lee Wattenbarger and Ruth Wattenbarger respectfully move this Honorable Court for an order extending the discovery closure date to and including February 22, 2002.

                      Respectfully submitted,

                      LEE WATTENBARGER
                      RUTH WATTENBARGER

                By: _____
                      Attorney for Defendants

WILLIAM T. RODEGHIER
111 W. Washington Street
Suite 1150
Chicago, Illinois 60602
(312) 372-1155

-3-